**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02828-BNB

ANTHONY T. KINNEY,

    Applicant,

v.

CHAIRMAN OF COLORADO PAROLE BOARD: YOUNG, and
CHAIRMAN OF COLORADO PAROLE BOARD: BRANDON SHAFFER,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Pursuant to the October 21, 2014 Order to Cure Deficiencies, Applicant submitted two 28 U.S.C. § 2241 applications (with the same claims but different respondents) and two Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action. Applicant has used the wrong § 1915 form. He also failed to submit a **certified** account statement showing the current balance in his inmate account, as he is required to do pursuant to the instructions stated at the bottom of Page Two of the § 1915 form.

    The Court will provide Applicant with one last opportunity to comply with the October 21 Order. The Clerk of the Court is directed to send to Applicant a copy of the Court-form of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action.

    Applicant shall have **thirty days from the date of this Minute Order** to provide to the Court a completed Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action, a certified account statement showing the current balance in his inmate account, and one, complete § 2241 application that names the proper respondent (Applicant's current warden, custodian, superintendent, or jailer). If Applicant fails to comply within the time allowed the Court will dismiss this action without further notice.

Dated: October 29, 2014